|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| KENNETH CRISSUP,<br><br>   Plaintiff,<br><br>versus<br><br>JONATHAN DAVIS, *et al.*,<br><br>   Defendants. | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 1:06-CV-151<br>§<br>§<br>§<br>§ |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Kenneth Crissup, an inmate confined at the Ellis Unit, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends plaintiff's motion for default judgment be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. It is therefore

**ORDERED** that plaintiff's motion for default judgment is **DENIED.**

SIGNED at Beaumont, Texas, this 3rd day of September, 2009.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE